IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANDRE JUSTE,**

    Petitioner,

v.                                                                                         Civil Action No. **3:18CV855**

**DEPARTMENT OF HOMELAND SECURITY,**

    Respondent.

### MEMORANDUM OPINION

Petitioner, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on January 9, 2019, the Court conditionally filed the action. On February 5, 2019, the United States Postal Service returned the January 9, 2018 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to keep the Court advised as to his current address indicates his lack of interest in prosecuting the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                      /s/                
                                                         M. Hannah Lauck
                                                         United States District Judge

Date: FEB 1 9 2019
Richmond, Virginia